1  CURTIS R. TINGLEY (SBN 112322)
   ctingley@tingleyllp.com
2  BRUCE C. PIONTKOWSKI (SBN 152202)
   bpiontkowski@tingleyllp.com
3  JONATHAN A. McMAHON (SBN 239370)
   jmcmahon@tingleyllp.com
4  TINGLEY PIONTKOWSKI LLP
   10 Almaden Boulevard, Suite 430
5  San Jose, California 95113
   Telephone:    (408) 283-7000
6  Facsimile:    (408) 283-7010

7  Attorneys for Defendants
   MATT LOCKWOOD, an individual, and dba
8  www.discountmountainsoftware.com;
   DISCOUNT MOUNTAIN, INC.

9

10              UNITED STATES DISCTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                SAN FRANCISCO DIVISION

13

14  ADOBE SYSTEMS INCORPORATED,        CASE NO.  C09-05165 CRB

15              Plaintiff,              **STIPULATION CONCERNING
                                        MEDIATION DEADLINE AND
16        v.                            POSTPONING CASE
                                        MANAGEMENT CONFERENCE**
17  MATT LOCKWOOD, an individual and dba
    www.discountmountainsoftware.com;   **Complaint Filed:  October 30, 2009**
18  DISCOUNT MOUNTAIN, INC.; and DOES 1
    through 10, inclusive,
19
                Defendants.
20

21

22        Counsel for Plaintiff ADOBE SYSTEMS INCORPORATED and Defendants MATT

23  LOCKWOOD, dba www.discountmountainsoftware.com, and DISCOUNT MOUNTAIN, INC.,

24  hereby STIPULATE to continue the deadline to conduct the mediation from June 7, 2010, to

25  July 15, 2010.  The parties further stipulate and agree that the Case Management Conference now

26  scheduled for June 25, 2010, should be rescheduled for a date after July 15, 2010.

27        The parties mutually request a continuation of the deadline to conduct the mediation as

28  counsel agree that further discovery needs to be completed.

546FD908.doc

TINGLEY
PIONTKOWSKI LLP
ATTORNEYS AT LAW

STIPULATION CONCERNING
MEDIATION DEADLINE
CASE NO. C09-05165 CRB

Furthermore, the extension has been discussed with the appointed mediator and he did not object.

**IT IS SO STIPULATED:**

Dated: May 4 , 2010          TINGLEY PIONTKOWSKI LLP

By: _____
BRUCE C. PIONTKOWSKI
JONATHAN A. MCMAHON
Attorneys for Defendants

Dated: May 4 , 2010          J. ANDREW COOMBS, A P. C.

By: _____
J. ANDREW COOMBS
ANNIE S. WANG
Attorneys for Plaintiff

IT IS ORDERED that the mediation deadline is now set for July 15, 2010 and the Further Case Management Conference is now scheduled for 8:30 a.m. on July 23, 2010.

**IT IS SO ORDERED.**

Dated: May 11, 2010          _____
U.S. DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

546FD908.doc          - 2 -          STIPULATION CONCERNING
MEDIATION DEADLINE
CASE NO. C09-05165 CRB

TINGLEY
PIONTKOWSKI LLP
ATTORNEYS AT LAW