CURTIS R. TINGLEY (SBN 112322)
ctingley@tingleyllp.com
BRUCE C. PIONTKOWSKI (SBN 152202)
bpiontkowski@tingleyllp.com
JONATHAN A. McMAHON (SBN 239370)
jmcmahon@tingleyllp.com
TINGLEY PIONTKOWSKI LLP
10 Almaden Boulevard, Suite 430
San Jose, California 95113
Telephone:      (408) 283-7000
Facsimile:      (408) 283-7010

Attorneys for Defendants
MATT LOCKWOOD, an individual, and dba
www.discountmountainsoftware.com;
DISCOUNT MOUNTAIN, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>MATT LOCKWOOD, an individual and dba www.discountmountainsoftware.com; DISCOUNT MOUNTAIN, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.  C09-05165 CRB<br><br>**STIPULATION POSTPONING AND RESCHEDULING DATES; ORDER** |

Counsel for Plaintiff ADOBE SYSTEMS INCORPORATED and Defendants MATT

LOCKWOOD, dba www.discountmountainsoftware.com, and DISCOUNT MOUNTAIN, INC.,

hereby STIPULATE as follows:

WHEREAS, at the Further Case Management Conference on July 23, 2010, this Court set

a trial date of January 24, 2011;

WHEREAS, the parties have diligently engaged in discovery during the duration of this

case;

WHEREAS, Defendants have tendered the defense to their insurance carrier and it is the

88B1B259.doc

1  understanding of counsel from coverage counsel that it is imminent that the insurance carrier is

2  going to agree to accept the defense of this case;

3       WHEREAS, the parties agree that it will take the insurance carrier between 30 and 60

4  days to make a determination regarding its position regarding a settlement contribution;

5       WHEREAS, by agreement of counsel, fact discovery is set to close on October 15, 2010;

6       WHEREAS, the parties believe that a brief extension of the fact discovery deadline for

7  60 days to December 15, 2010, would allow the parties to negotiate a settlement, participate in a

8  mediation and avoid the costs of numerous depositions;

9       WHEREAS, the parties believe that, with the brief extension of the discovery deadline, it

10  makes sense to briefly postpone the trial date 60 days to the end of March 2011.

11       THEREFORE, the parties hereto, through their counsel of record, stipulate as follows:

12       1.    That the fact discovery deadline is extended to December 15, 2010;

13       2.    That the expert disclosure date is set for January 3, 2011;

14       3.    That the Pre-Trial Conference is continued to February 2011; and

15       4.    That the trial date be continued 60 days to the end of March 2011 or the beginning

16  of April 2011.

17       **IT IS SO STIPULATED**:

18  Dated:  September 10, 2010          TINGLEY PIONTKOWSKI LLP

19

20                    By: */s/ Bruce Piontkowski*

21                     BRUCE C. PIONTKOWSKI
                   Attorneys for Defendants

22

23  Dated:  September 10, 2010          J. ANDREW COOMBS, A.P.C.

24

25                    By: */s/ Annie Wang*

26                     J. ANDREW COOMBS
                   ANNIE S. WANG

27                     Attorneys for Plaintiff

28

## <u>ORDER</u>

Based upon the forgoing, IT IS SO ORDERED THAT:

1.     The fact discovery deadline is extended to December 15, 2010;

2.     That the expert disclosure date is set for January 3, 2011;

3.     That the pretrial conference date is set for March 22, 2011, at 2:30 p.m.;

4.     That the trial date is set for April 04, 2011, at  8:30 p.m.

DATED:   September 10, 2010



_____
U.S. DISTRICT COURT JUDGE

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TINGLEY
PIONTKOWSKI LLP
ATTORNEYS AT LAW

88B1B259.doc

- 3 -

STIPULATION
CASE NO. C09-05165 CRB