CURTIS R. TINGLEY (SBN 112322)
ctingley@tingleyllp.com
BRUCE C. PIONTKOWSKI (SBN 152202)
bpiontkowski@tingleyllp.com
JONATHAN A. McMAHON (SBN 239370)
jmcmahon@tingleyllp.com
TINGLEY PIONTKOWSKI LLP
10 Almaden Boulevard, Suite 430
San Jose, California 95113
Telephone:     (408) 283-7000
Facsimile:      (408) 283-7010

Attorneys for Defendants
MATT LOCKWOOD, an individual, and dba
www.discountmountainsoftware.com;
DISCOUNT MOUNTAIN, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>    Plaintiff,<br><br>  v.<br><br>MATT LOCKWOOD, an individual and dba www.discountmountainsoftware.com;<br>DISCOUNT MOUNTAIN, INC.; and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO.  C09-05165 CRB (DMR)<br><br>**STIPULATION POSTPONING AND RESCHEDULING HEARING DATE; [PROPOSED] ORDER** |

   Counsel for Plaintiff ADOBE SYSTEMS INCORPORATED and Defendants MATT LOCKWOOD, dba www.discountmountainsoftware.com, and DISCOUNT MOUNTAIN, INC., hereby STIPULATE as follows:

   WHEREAS, currently, Plaintiffs' Motion to Compel Discovery Responses and Motion for Attorney's Fees are set to be heard on September 23, 2010, at 11:00 a.m.

   WHEREAS, currently, Defendants' Motion to Quash Subpoena on Wells Fargo Bank, N.A., is set to be heard on September 23, 2010, at 11:00 a.m.;

   WHEREAS, though the motions have been fully briefed, and no further briefing is

required, the parties desire more time to resolve these disputes and attempt to resolve the case;

      THEREFORE, the parties hereto, through their counsel of record, stipulate as follows:

    1.    That the hearing on all three motions be postponed 30 days to late October 2010.

**IT IS SO STIPULATED**:

Dated: September 15, 2010        TINGLEY PIONTKOWSKI LLP


By: */s/ Bruce Piontkowski*
    BRUCE C. PIONTKOWSKI
    Attorneys for Defendants


Dated: September 15, 2010        J. ANDREW COOMBS, A.P.C.


By: */s/ Annie Wang*
    J. ANDREW COOMBS
    ANNIE S. WANG
    Attorneys for Plaintiff

### **ORDER**

Based upon the foregoing, IT IS SO ORDERED THAT:

    1.    Plaintiff's Motion to Compel is postponed to ~~October~~ November 10, 2010, at 2:00 p.m.;

    2.    Plaintiff's Motion for Attorney's Fees is postponed to ~~October~~ November 10, 2010, at 2:00 p.m.;

    3.    Defendants' Motion to Quash Subpoena on Wells Fargo Bank, N.A. is postponed to ~~October~~ November 10, 2010, at 2:00 p.m.

**IT IS SO ORDERED**

DATED: September 17, 2010        _____
                                                          U.S. MAGISTRATE JUDGE

*IT IS SO ORDERED — Judge Donna M. Ryu, United States District Court, Northern District of California*