1  CURTIS R. TINGLEY (SBN 112322)
   ctingley@tingleyllp.com
2  BRUCE C. PIONTKOWSKI (SBN 152202)
   bpiontkowski@tingleyllp.com
3  JONATHAN A. McMAHON (SBN 239370)
   jmcmahon@tingleyllp.com
4  TINGLEY PIONTKOWSKI LLP
   10 Almaden Boulevard, Suite 430
5  San Jose, California 95113
   Telephone:   (408) 283-7000
6  Facsimile:   (408) 283-7010

7  Attorneys for Defendants
   MATT LOCKWOOD, an individual, and dba
8  www.discountmountainsoftware.com;
   DISCOUNT MOUNTAIN, INC.

9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, | CASE NO. C09-05165 CRB |
| Plaintiff, | **STIPULATION POSTPONING AND RESCHEDULING DATES;** ~~[PROPOSED]~~ **ORDER** |
| v. | |
| MATT LOCKWOOD, an individual and dba www.discountmountainsoftware.com; DISCOUNT MOUNTAIN, INC.; and DOES 1 through 10, inclusive, | |
| Defendants. | |

Counsel for Plaintiff ADOBE SYSTEMS INCORPORATED and Defendants MATT LOCKWOOD, dba www.discountmountainsoftware.com, and DISCOUNT MOUNTAIN, INC., hereby STIPULATE as follows:

WHEREAS, the current trial date is April 4, 2011;

WHEREAS, the parties have diligently engaged in discovery during the duration of this case;

WHEREAS, by order, Fact Discovery is set to close on December 15, 2010;

WHEREAS, the parties believe that a brief extension of the Fact Discovery deadline for

45 days to January 31, 2011, would allow the parties to negotiate a settlement, participate in a mediation and avoid the costs of numerous depositions;

WHEREAS, the parties believe that, with the brief extension of the discovery deadline, it makes sense to briefly postpone the Expert Disclosure date from January 3, 2011, to January 31, 2011.

THEREFORE, the parties hereto, through their counsel of record, stipulate as follows:

1. That the Fact Discovery deadline is extended to January 31, 2011;

2. That the Expert Disclosure date is set for January 31, 2011;

**IT IS SO STIPULATED:**

Dated: November 1, 2010          TINGLEY PIONTKOWSKI LLP


By: */s/ Bruce Piontkowski*
BRUCE C. PIONTKOWSKI
Attorneys for Defendants


Dated: November 1, 2010          J. ANDREW COOMBS, A.P.C.


By: */s/ Annie Wang*
J. ANDREW COOMBS
ANNIE S. WANG
Attorneys for Plaintiff

**ORDER**

Based upon the forgoing, IT IS SO ORDERED THAT:

1. The Fact Discovery deadline is extended to January 31, 2011;

2. The Expert Disclosure date is set for January 31, 2011.

DATED: November 4, 2010          _____
                                 U.S. DISTRICT

*[Stamp: IT IS SO ORDERED, Judge Charles R. Breyer, United States District Court, Northern District of California]*

88B1B259.doc          - 2 -          STIPULATION AND ORDER
                                     CASE NO. C09-05165 CRB

TINGLEY
PIONTKOWSKI LLP
ATTORNEYS AT LAW