1  CURTIS R. TINGLEY (SBN 112322)
    ctingley@tingleyllp.com
2  BRUCE C. PIONTKOWSKI (SBN 152202)
    bpiontkowski@tingleyllp.com
3  JONATHAN A. McMAHON (SBN 239370)
    jmcmahon@tingleyllp.com
4  TINGLEY PIONTKOWSKI LLP
    10 Almaden Boulevard, Suite 430
5  San Jose, California 95113
    Telephone:    (408) 283-7000
6  Facsimile:     (408) 283-7010

7  Attorneys for Defendants
    MATT LOCKWOOD, an individual, and dba
8  www.discountmountainsoftware.com;
    DISCOUNT MOUNTAIN, INC.

9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>                    Plaintiff,<br><br>          v.<br><br>MATT LOCKWOOD, an individual and dba www.discountmountainsoftware.com; DISCOUNT MOUNTAIN, INC.; and DOES 1 through 10, inclusive,<br><br>                    Defendants. | CASE NO.  C09-05165 CRB (DMR)<br><br>**STIPULATION POSTPONING AND RESCHEDULING HEARING DATE; ORDER** |

          Counsel for Plaintiff ADOBE SYSTEMS INCORPORATED and Defendants MATT

LOCKWOOD, dba www.discountmountainsoftware.com, and DISCOUNT MOUNTAIN, INC.,

hereby STIPULATE as follows:

          WHEREAS, currently, Plaintiffs' Motion to Compel Discovery Responses and Motion for

Attorney's Fees are set to be heard on November 10, 2010, at 2:00 p.m.

          WHEREAS, currently, Defendants' Motion to Quash Subpoena on Wells Fargo Bank,

N.A., is set to be heard on November 10, 2010 at 2:00 p.m.;

          WHEREAS, though the motions have been fully briefed, and no further briefing is

4EEC4633.doc                                            **STIPULATION AND ORDER**
                                                                **CASE NO. C09-05165 CRB**

TINGLEY
PIONTKOWSKI LLP
ATTORNEYS AT LAW

required, the parties desire more time to resolve these disputes and attempt to resolve the case;

    THEREFORE, the parties hereto, through their counsel of record, stipulate as follows:

1.     That the hearing on all three motions be postponed 40 days to late December 2010.

**IT IS SO STIPULATED**:

Dated:  November 5, 2010        TINGLEY PIONTKOWSKI LLP

By: */s/ Bruce Piontkowski*
    BRUCE C. PIONTKOWSKI
    Attorneys for Defendants

Dated:  November 5, 2010        J. ANDREW COOMBS, A.P.C.

By: */s/ Annie Wang*
    J. ANDREW COOMBS
    ANNIE S. WANG
    Attorneys for Plaintiff

## **ORDER**

Based upon the forgoing, IT IS SO ORDERED THAT:

1.     Plaintiff's Motion to Compel is postponed to December 23, 2010, at 11:00 a.m.;

2.     Plaintiff's Motion for Attorney's Fees is postponed to December 23, 2010, at 11:00 a.m.;

3.     Defendants' Motion to Quash Subpoena on Wells Fargo Bank, N.A. is postponed to December 23, 2010, at 11:00 a.m.

**IT IS SO ORDERED**

DATED:  November 5, 2010        _____
        U.S. MAGISTRATE JUDGE