J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:   (818) 500-3200
Facsimile:   (818) 500-3201

Attorneys for Plaintiff
Adobe Systems Incorporated

Curtis R. Tingley (SBN 112322)
ctingley@tingleyllp.com
Bruce C. Piontkowski (SBN 152202)
bpiontkowski@tingleyllp.com
Jonathan A. McMahon (SBN 239370)
jmcmahon@tingleyllp.com
Tingley Piontkowski LLP
10 Almaden Boulevard, Suite 430
San Jose, California 95113
Telephone:   (408) 283-7000
Facsimile:   (408) 283-7010

Attorneys for Defendants Matt Lockwood,
an individual and dba
www.discountmountainsoftware.com and
Discount Mountain, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| Adobe Systems Incorporated,<br><br>              Plaintiff,<br>       v.<br><br>Matt Lockwood, an individual and d/b/a<br>www.discountmountainsoftware.com; Discount<br>Mountain Inc. and Does 1 – 10, inclusive,<br><br>              Defendants. | Case No.: C09-5165 CRB<br><br>[~~PROPOSED~~] ORDER GRANTING TELEPHONIC APPEARANCES FOR FURTHER CASE MANAGEMENT CONFERENCE |

On or about December 3, 2010, the Court set a Further Case Management Conference on December 17, 2010, at 8:30 a.m.

On or about December 13, 2010, the Parties filed their Joint Stipulation For Telephonic Appearances for Further Case Management Conference ("Joint Stipulation").

Adobe v. Lockwood, et al.: [Proposed] Order Granting Telephonic        - 1 -
Appearances

1  In light of the request, and good cause being shown, the Joint Stipulation is GRANTED and
2  the Parties may appear by telephone for the Further Case Management Conference currently on
3  calendar for December 17, 2010, at 8:30 a.m.

IT IS SO ORDERED.

Dated:   December 14, 2010

_____
Hon. Charles R. Breyer
United States

**IT IS SO ORDERED**
Judge Charles R. Breyer

PRESENTED BY:

J. Andrew Coombs, A Professional Corp.

By: /s/ Annie S. Wang
    J. Andrew Coombs
    Annie S. Wang
Attorneys for Plaintiff Adobe Systems Incorporated


Tingley Piontkowski LLP


By: _____
    Curtis R. Tingley
    Bruce C. Piontkowski
    Jonathan A. McMahon
Attorneys for Defendants Matt Lockwood,
an individual and dba
www.discountmountainsoftware.com and
Discount Mountain, Inc.