CURTIS R. TINGLEY (SBN 112322)
ctingley@tingleyllp.com
BRUCE C. PIONTKOWSKI (SBN 152202)
bpiontkowski@tingleyllp.com
JONATHAN A. McMAHON (SBN 239370)
jmcmahon@tingleyllp.com
TINGLEY PIONTKOWSKI LLP
10 Almaden Boulevard, Suite 430
San Jose, California 95113
Telephone:    (408) 283-7000
Facsimile:     (408) 283-7010

Attorneys for Defendants
MATT LOCKWOOD, an individual, and dba
www.discountmountainsoftware.com;
DISCOUNT MOUNTAIN, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>           Plaintiff,<br><br>     v.<br><br>MATT LOCKWOOD, an individual and dba www.discountmountainsoftware.com; DISCOUNT MOUNTAIN, INC.; and DOES 1 through 10, inclusive,<br><br>           Defendants. | CASE NO.  C09-05165 CRB (DMR)<br><br>**STIPULATION POSTPONING AND RESCHEDULING HEARING DATE; ORDER** |

Counsel for Plaintiff ADOBE SYSTEMS INCORPORATED and Defendants MATT LOCKWOOD, dba www.discountmountainsoftware.com, and DISCOUNT MOUNTAIN, INC., hereby STIPULATE as follows:

WHEREAS, currently, Plaintiffs' Motion to Compel Discovery Responses and Motion for Attorney's Fees are set to be heard on December 23, 2010, at 11:00 a.m.

WHEREAS, currently, Defendants' Motion to Quash Subpoena on Wells Fargo Bank, N.A., is set to be heard on December 23, 2010, at 11:00 a.m.;

WHEREAS, though the motions have been fully briefed, and no further briefing is

1  required, the parties desire more time to resolve these disputes and attempt to resolve the case;

2      WHEREAS, the parties agreed to continue the date of the hearings to January 6, 2011, but

3  have been informed by the Court that the Court's calendar is full on January 6, 2011, and that the

4  hearings should instead be conducted at 11:00 a.m. on January 13, 2011.

5      THEREFORE, the parties hereto, through their counsel of record, stipulate as follows:

6      1.    That the hearings on all three motions be postponed to 11:00 a.m. on

7  January 13, 2011.

8  **IT IS SO STIPULATED**:

9  Dated:  December 21, 2010        TINGLEY PIONTKOWSKI LLP

10

11          By: */s/ Jonathan McMahon*
12          BRUCE C. PIONTKOWSKI
        JONATHAN A. MCMAHON
13          Attorneys for Defendants

14

15  Dated:  December 21, 2010        J. ANDREW COOMBS, A.P.C.

16

17          By: */s/ Annie Wang*
        J. ANDREW COOMBS
18          ANNIE S. WANG
        Attorneys for Plaintiff

19

20

21  **ORDER**

22      Based upon the forgoing, IT IS SO ORDERED THAT:

23      1.    Plaintiff's Motion to Compel is postponed to January 13, 2011, at 11:00 a.m.;

24      2.    Plaintiff's Motion for Attorney's Fees is postponed to January 13, 2011, at

25  11:00 a.m.;

26      3.    Defendants' Motion to Quash Subpoena on Wells Fargo Bank, N.A. is postponed

27  to January 13, 2011, at 11:00 a.m.;

28      4.    The hearings currently set for December 23, 2010, at 11:00 a.m., are hereby

1  vacated.

2  **IT IS SO ORDERED.**

3

4  DATED: _____Dec. 22, 2010_____   _____
U.S. MAGISTRATE JUDGE