CURTIS R. TINGLEY (SBN 112322)
ctingley@tingleyllp.com
BRUCE C. PIONTKOWSKI (SBN 152202)
bpiontkowski@tingleyllp.com
JONATHAN A. McMAHON (SBN 239370)
jmcmahon@tingleyllp.com
TINGLEY PIONTKOWSKI LLP
10 Almaden Boulevard, Suite 430
San Jose, California 95113
Telephone:    (408) 283-7000
Facsimile:    (408) 283-7010

Attorneys for Defendants
MATT LOCKWOOD, an individual, and dba
www.discountmountainsoftware.com;
DISCOUNT MOUNTAIN, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MATT LOCKWOOD, an individual and dba www.discountmountainsoftware.com; DISCOUNT MOUNTAIN, INC.; and DOES 1 through 10, inclusive,<br><br>　　　　　　　Defendants. | CASE NO.  C09-05165 CRB (DMR)<br><br>**STIPULATION POSTPONING AND RESCHEDULING HEARING DATE; ORDER** |

Counsel for Plaintiff ADOBE SYSTEMS INCORPORATED and Defendants MATT LOCKWOOD, dba www.discountmountainsoftware.com, and DISCOUNT MOUNTAIN, INC., hereby STIPULATE as follows:

WHEREAS, counsel have exchanged finalized, formal settlement documentation for execution.

WHEREAS, Defendants have been informed by their bank that funds that are required for performance pursuant to the parties' agreement will be on hold for at least five to ten business days.

THEREFORE, the parties hereto, through their counsel of record, stipulate as follows:

1. That the hearings currently scheduled for Thursday, January 13, 2011, be postponed to Thursday, January 27, 2011.

**IT IS SO STIPULATED**:

Dated:  January 7, 2011                              TINGLEY PIONTKOWSKI LLP


By: /s/ Jonathan McMahon
    BRUCE C. PIONTKOWSKI
    JONATHAN A. MCMAHON
    Attorneys for Defendants


Dated:  January 7, 2011                              J. ANDREW COOMBS, A.P.C.


By: /s/ Annie Wang
    J. ANDREW COOMBS
    ANNIE S. WANG
    Attorneys for Plaintiff


### **ORDER**

Based upon the forgoing, IT IS SO ORDERED THAT the hearing currently scheduled for January 13, 2011 is hereby postponed to January 27, 2011 at 11:00 am.

**IT IS SO ORDERED.**

DATED:  January 12, 2011                             _____
                                                     UNITED STATES MAGISTRATE JUDGE

*(Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Donna M. Ryu)*